UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMMANUEL "MICHAEL" LUCAS )<br>Plaintiff, )<br> )<br>v. )<br>DAVID STEINER POSTMASTER )<br>GENERAL, UNITED STATES POSTAL )<br>SERVICE, )<br>Defendant ) | C.A.No.:_____ |

## COMPLAINT
INTRODUCTION

This is a garden variety rear-ender tort claim, wherein the Defendant, the United States Postal Service, acting through its agent, Michael Passanisi, drove its postal truck into the rear of the car driven by the Plaintiff, causing him serious injuries.

PARTIES

1. The Plaintiff, Emmanuel "Michael" Lucas ("Plaintiff" or "Lucas"), is an individual residing at 681 Lowell Street, in Peabody, Massachusetts.

2. The Defendant, David Steiner, Postmaster General of the United States of America, and chief executive of the United States Postal Service, is sued under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671–2680, for the negligent acts and omissions of its employee, Michael John Passanisi, acting within the course and scope of his employment with the United States Postal Service (USPS) at all relevant times. On information and belief, Mr. Passanisi was employed at the Postal Service Center located at 4 Essex Green Drive, in Peabody, Massachusetts, at the time of the crash.

JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction under 28 U.S.C. § 1346(b)(1), as this is a civil action on a claim against the United States for money damages for personal injury caused by the negligent operation of a motor vehicle by a federal employee acting within the scope of his employment.

4. Venue is proper in this District under 28 U.S.C. § 1402(b), because the acts and omissions giving rise to this claim occurred in Peabody, Massachusetts.

## ADMINISTRATIVE CLAIM

5. On or about March 3, 2025, Plaintiff, through counsel, timely presented a Standard Form 95 ("SF-95") and supporting documentation to the USPS National Tort Center, the USPS Peabody Center, and the Office of the United States Attorney for the District of Massachusetts, as required by 28 U.S.C. § 2675(a).

6. On March 28, 2025, the United States acknowledged receipt of Plaintiff's claim, marking the box "Nothing additional needed at this time."

7. More than six months having passed without a final disposition, this claim is now ripe for judicial review pursuant to 28 U.S.C. § 2675(a).

## FACTUAL ALLEGATIONS

8. On April 17, 2023, Plaintiff was lawfully operating his motor vehicle on Prospect Street in Peabody, Massachusetts, when he stopped to allow an oncoming vehicle to turn left across his lane.

9. At that moment, a United States Postal Service truck, operated by Michael John Passanisi, a USPS employee acting within the scope of his federal employment, struck the rear of Plaintiff's vehicle with significant force.

10. The collision was caused solely by the negligence and carelessness of Mr. Passanisi, including but not limited to: (a) failing to maintain a proper lookout; (b) failing to apply brakes in a timely fashion; (c) operating the postal truck at an unreasonable speed under the circumstances; and (d) failing to maintain proper control of his vehicle.

11. The other vehicle had already completed its turn, leaving Plaintiff's vehicle plainly visible for at least 350 feet to the rear.

12. Plaintiff believes and avers that Mr. Passanisi was distracted by a cell phone at the time of the collision.

13. As a result of the crash, Plaintiff suffered serious and painful back and musculoskeletal injuries, including ongoing limitations in standing, walking, and performing activities of daily living.

14. Plaintiff, now 82 years old, has experienced a significant reduction in his quality of life, including loss of social and physical activities such as cooking, entertaining, and dancing.

15. Plaintiff's medical expenses to date exceed $15,000, and he continues to experience pain, suffering, and permanent functional limitations.

## COUNT I – NEGLIGENCE (FTCA)

16. Plaintiff incorporates by reference the preceding paragraphs.

17. The collision and Plaintiff's resulting injuries were directly and proximately caused by the negligence, carelessness, and recklessness of USPS employee Michael John Passanisi, acting within the scope of his employment.

18. The United States is liable to Plaintiff under the doctrine of respondeat superior pursuant to the FTCA, 28 U.S.C. § 1346(b).

19. As a direct and proximate result, Plaintiff sustained: (a) physical injury and pain; (b) loss of enjoyment of life; (c) emotional distress; (d) loss of consortium and household services; and (e) medical expenses and related losses.

## DAMAGES

20. Plaintiff presented his claim administratively for $85,000 in full settlement.

21. Plaintiff now seeks compensatory damages in the amount of $85,000, or such other amount as may be proven at trial, together with costs and interest as allowed by law.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

a. Enter judgment in favor of Plaintiff and against the Defendant United States of America;

b. Award Plaintiff compensatory damages in the amount of $85,000;

c. Award costs of suit and such other relief as the Court deems just and proper.


Respectfully submitted,
EMMANUEL "MICHAEL" LUCAS
By his attorney,


/s/ Jonas A. Jacobson
Jonas A. Jacobson (BBO: 676581)
Law Offices of Jonas Jacobson
872 Massachusetts Avenue
Cambridge, MA 02139
Tel: (617) 230-2779
Email: jonas@jonasjacobson.com