UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EMMANUEL MICHAEL LUCAS,

        Plaintiff,

    v.

UNITED STATES OF AMERICA,

        Defendant.

Case No. 25-cv-12977-RGS

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant stipulate to the dismissal of this action with prejudice, with each party to bear its own costs.

Respectfully submitted,

Dated:  May 18, 2026

PLAINTIFF
By his counsel,

*/s/ Jonas A. Jacobson*
Jonas A. Jacobson (BBO: 676581)
Law Offices of Jonas Jacobson
2067 Massachusetts Avenue
Cambridge, MA 02140
Tel: (617) 230-2779
Email: jonas@jonasjacobson.com

DEFENDANT
By its counsel,

LEAH B. FOLEY
United States Attorney

*/s/ Michael L. Fitzgerald*
Michael L. Fitzgerald
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3266
michael.fitzgerald2@usdoj.gov